UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOCIAL LINKS LATVIA SIA,

Plaintiff,

v.

CONSTELLA INTELLIGENCE, INC.,

Defendant.

Case No. 25-cv-09587-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket No. 37

On October 12, 2026, Defendant filed a letter informing the Court that the parties signed a formal settlement agreement and that the parties expect to file a stipulation of dismissal within forty-five days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 13, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California